■ JOHN T. BRADY & COMPANY, Respondent, v CONCRETE PLANK CO., INC., (TECFAB OF NEW JERSEY), Appellant.—In an action to recover damages for breach of contract, defendant appeals from an order of the Supreme

Court, Westchester County, entered December 8, 1975, which denied its motion to dismiss the complaint for failure to state a cause of action. Order affirmed, with $50 costs and disbursements. Regardless of whether plaintiff will be able to prove the alleged contract at the trial, on a motion such as this the truth of the allegations in the complaint is assumed. A cause of action is stated and the motion was properly denied. Latham, Acting P. J., Margett, Suozzi and Mollen, JJ., concur.